Herbert HAYES, Plaintiff–Appellant,

v.

GEMMA POWER SYSTEM, LLC; Eddie Hacelton, Defendants– Appellees.

No. 03–1522.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 8, 2003.

Decided Oct. 22, 2003.

Herbert Hayes, Appellant Pro Se. Allen Holt Gwyn, Jr., Conner, Gwyn & Schenck, P.L.L.C., Greensboro, North Carolina, for Appellees.

Before WIDENER, NIEMEYER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Herbert Hayes appeals the district court's orders granting Respondents' motion for summary judgment in his employment discrimination action and denying reconsideration of that order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Hayes v. Gemma Power Sys., L.L.C.*, No. CA–01–312–5–F (E.D.N.C. Feb. 19, 2003 & Apr. 11, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the

materials before the court and argument would not aid the decisional process.

*AFFIRMED.*